IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01459-WDM-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DOLORES OROZCO,

        Defendant.

---

## CONSENT JUDGMENT

---

Pursuant to the Complaint filed by Plaintiff United States of America against Defendant herein

**IT IS HEREBY ORDERED** that defendant Dolores Orozco is liable to Plaintiff in the total sum of $ ,500.00, each party to bear its own costs.

**IT IS FURTHER ORDERED** that postjudgment interest shall accrue at the current legal rate of 3.84 0/0 and will be compounded annually until paid in full, pursuant to the provisions of 28 S.C.§ 961(b), as amended.

IT IS SO ORDERED

Dated: 8/9/05

                                                      UNITED STATES DISTRICT JUDGE