IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01459-WDM-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DOLORES OROZCO,

       Defendant.

## AMENDED CONSENT JUDGMENT

Pursuant to Fed. R. Civ. P. 60(a), and for good cause shown, the consent judgment previously entered herein is amended to provide as follows:

**IT IS HEREBY ORDERED** that defendant Dolores Orozco is liable to Plaintiff in the total sum of $1,500.00 (one thousand five hundred dollars), each party to bear its own costs.

**IT IS FURTHER ORDERED** that postjudgment interest shall accrue at the current legal rate of 3.84%, and will be compounded annually until paid in full, pursuant to the provisions of 28 U.S.C.§ 1961(b), as amended.

**IT IS SO ORDERED.**

Dated: 8/19/05

_____
UNITED STATES DISTRICT JUDGE